# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Robert J Heckard          BK NO. 22-02280 HWV

Debtor(s)

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

        Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
20 Dec 2022, 16:04:21, EST

    KML Law Group, P.C.
    BNY Mellon Independence Center
    701 Market Street, Suite 5000
    Philadelphia, PA 19106
    215-627-1322

Case 1:22-bk-02280-HWV    Doc 14    Filed 12/21/22    Entered 12/21/22 15:33:07    Desc
Document ID: af39a27d4b15e8e345751eefaf32966ba4536fbda0c46ef89b198e19f1084a25
Main Document      Page 1 of 1